UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-23137-CIV-ALTMAN/Reid

NICOLE ADKINS,

        Plaintiff(s),

vs.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant(s).         /

## JOINT NOTICE OF SETTLEMENT

COME NOW, Plaintiff, Nicole Adkins, and Defendant, Life Insurance Company of North America, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule 16.4*, *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

DATED: December 22, 2021

By: */s/ Alexander Palamara*
   ALEXANDER PALAMARA, ESQ.
   Fla. Bar No. 37170
   DELL & SCHAEFER, CHARTERED
   Attorneys for Plaintiff
   2404 Hollywood Boulevard
   Hollywood, FL 33020
   Ph:(954) 620-8300
   Fax:(800) 380-6151
   alex@diattorney.com

By: */s/ Sherril M. Colombo*
   SHERRIL M. COLOMBO, ESQ
   Fla. Bar No. 948799
   LITTLER MENDELSON
   Attorneys for Defendant
   Wells Fargo Center
   33 SE 2nd Ave, Suite 2700
   Miami, FL 33131
   Ph.:(305) 400-7527
   Fax: (305) 603-2552
   Email: scolombo@littler.com
   STEFANIE MEDEROS, ESQ.
   Fla. Bar No.: 12041
   Email: smederos@littler.com