UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23137-RKA

NICOLE ADKINS,

   *Plaintiff,*

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

   *Defendant.*
_____/

### **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff, NICOLE ADKINS, and the Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their undersigned legal counsel, hereby jointly stipulate to the dismissal of this action, with prejudice. The parties agree that each party shall bear its own costs and attorney's fees.

[*REMAINDER OF PAGE LEFT INTENTIONALLY BLANK*]

2

Dated this 20th day of January 2022.	Respectfully submitted,

| By: /s/ *Alexander A. Palamara* | By: /s/ *Sherril M. Colombo* |
|---|---|
| Alexander A. Palamara, Esq.<br>Florida Bar No.: 0037170<br>E-mail: *alex@diattorney.com*<br>Gregory M. Dell, Esq.<br>Florida Bar No.: 299560<br>E-mail: *gdell@diattorney.com*<br>DELL & SCHAEFER CHARTERED<br>2404 Hollywood Boulevard<br>Hollywood, FL 33020<br>Telephone: (954) 620-8300<br><br>*COUNSEL FOR PLAINTIFF* | Sherril M. Colombo, Esq.<br>Florida Bar No.: 948799<br>E-mail: *scolombo@littler.com*<br>Stefanie M. Mederos, Esq.<br>Florida Bar No.: 12041<br>E-mail: *smederos@littler.com*<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone: (305) 400-7530<br>Facsimile: (305) 603-2552<br><br>*COUNSEL FOR DEFENDANT,*<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA |

4882-9808-7946.1 / 076816-1135